**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-rj-00011-KMT

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

---

**ORDER TO PAY OVER MONIES**

---

**TO THE GARNISHEE:**   Hunter Douglas Window Fashions, Inc.
**Attn: Christopher Outlaw**
**One Duette Way**
**Broomfield, CO 80020**

You are hereby notified that in the entitled matter pursuant to the Writ of Garnishment served upon you, a Garnishee Judgment was entered on August 28, 2012 against you in favor of the Defendant for use and benefit of the Judgment Creditor in the amount of $119,286.31.

You are notified that without delay, you are **ORDERED** to pay into the registry of this Court, the amount of $119,286.31.

Dated this 27th day of September, 2012.

BY THE COURT:

*(signature)*

Kathleen M. Tafoya
United States Magistrate Judge

**PLEASE MAKE CHECKS PAYABLE AND TENDER TO:**
Clerk of the United States District Court
901 19th Street, Room A-105
Denver, CO 80294-3589