**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-rj-00011-NONE

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

---

**ORDER re: MOTION FOR
ISSUANCE OF AN ORDER TO GARNISHEE TO PAY FUNDS INTO THE REGISTRY
OF THE COURT**

---

THIS MATTER, having come before the Court on Plaintiff's Motion for Issuance of an Order to Garnishee to Pay Funds Into the Registry of the Court; the Court, having reviewed the motion, the file, and being otherwise fully advised in the premises herein, hereby

ORDERS that the Motion for Issuance of an Order to Garnishee to Paly Funds into the Registry of the Court [Doc. No. 14, filed October 30, 2012] is hereby GRANTED.

DONE AND ENTERED this 5th day of November, 2012.

BY THE COURT:

*[signature]*

Magistrate Judge Kathleen M. Tafoya