# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 12-rj-00011-NONE

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

---

**ORDER re: MOTION FOR**
**ISSUANCE OF AN ORDER TO GARNISHEE TO PAY FUNDS INTO THE REGISTRY**
**OF THE COURT**

---

THIS MATTER, having come before the Court on Plaintiff's Motion for Issuance of an Order to Garnishee to Pay Funds Into the Registry of the Court [Doc. No. 41, filed March 13, 2013]; the Court, having reviewed the motion, the file, and being otherwise fully advised in the premises herein, hereby

ORDERS that the motion for issuance of an Order to Garnishee Hunter Douglas Window Fashions, Inc. is hereby GRANTED.

DONE AND ENTERED this 13th day of March, 2013.

BY THE COURT:

_____
Magistrate Judge Kathleen M. Tafoya