**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-rj-00011-NONE

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

_____

**ORDER re: MOTION FOR
ISSUANCE OF AN ORDER TO GARNISHEE HUNTER DOUGLAS WINDOW
FASHIONS INC. TO PAY FUNDS INTO THE REGISTRY OF THE COURT**

_____

THIS MATTER, having come before the Court on Plaintiff's Motion for Issuance of an Order to Garnishee Hunter Douglas Window Fashions Inc. to Pay Funds Into the Registry of the Court; the Court, having reviewed the motion, the file, and being otherwise fully advised in the premises herein, hereby

ORDERS that the motion for issuance of an Order to Garnishee Hunter Douglas Window Fashions, Inc. (Doc. No. 70, filed August 26, 2013) is hereby GRANTED.

DONE AND ENTERED this 26th day of August, 2013.

BY THE COURT:

_____
Magistrate Judge Kathleen M. Tafoya