**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-rj-00011-NONE

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

___

**ORDER re: MOTION FOR**
**ISSUANCE OF AN ORDER TO GARNISHEE HUNTER DOUGLAS WINDOW**
**FASHIONS INC. TO PAY FUNDS INTO THE REGISTRY OF THE COURT**

___

THIS MATTER, having come before the Court on Plaintiff's Motion for Issuance of an Order to Garnishee Hunter Douglas Window Fashions Inc. to Pay Funds Into the Registry of the Court; the Court, having reviewed the motion, the file, and being otherwise fully advised in the premises herein, hereby

ORDERS that the motion for issuance of an Order to Garnishee Hunter Douglas Window Fashions, Inc. is hereby GRANTED.

DONE AND ENTERED this 22nd day of October, 2013.

BY THE COURT:

_[signature]_

Magistrate Judge Kathleen M. Tafoya