# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 12-rj-00011-KMT

E.I. DU PONT DE NEMOURS AND COMPANY

v.

KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION

_____

**ORDER TO DISBURSE FUNDS FROM REGISTRY OF THE COURT**
_____

THE COURT having reviewed the Plaintiff's Motion, the file, and being otherwise fully advised in the premises, hereby:

ORDERS that Motion to Disburse Funds from Registry of the Court [Document 89] is GRANTED. The Clerk is directed to disburse the garnished funds being held in the Court's registry in the amount of $34,243.19, Receipt Number COX058746 [Document 88], received by the Court on or around October 30, 2013, as well as any accrued interest; and

the Court FURTHER ORDERS that said funds are to be made payable to "Kobre & Kim LLP Trust Account", as requested by Plaintiff.

DONE AND ENTERED this 14th day of November, 2013.

BY THE COURT:

_____
MAGISTRATE JUDGE KATHLEEN M. TAFOYA